UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23cv06388-CAS (Ex)                                     Date: January 31, 2024

Title       *ASHLEY POLK v. SPARTAN EDUCATION GROUP, LLC; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

|  Catherine Jeang   |  Not Present  |
|  Deputy Clerk   |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) – RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE DEFENDANT DONALD MATTHEW [16] (Filed 1/19/2024)

The Court is in receipt of plaintiff's Response[16] to the Court's December 27, 2023 Order to Show Cause. The Court hereby extends its Order to Show Cause.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **March 1, 2024** why this action should not be dismissed for lack of prosecution as to **defendant DONALD MATTHEW, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendant DONALD MATTHEW** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|  | **Initials of Preparer**   CMJ |